*Charles R. Weeks, District Attorney* (*Charles I. Wood* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

ISABEL DONLON, as Administratrix of the Estate of MORRIS F. DONLON, Deceased, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Negligence — master and servant — railroads — brakeman struck by locomotive approaching from his rear while he was signaling engineer — contributory negligence.*

*Donlon* v. *N. Y. Central R. R. Co.*, 190 App. Div. 234, affirmed.

(Argued January 12, 1922; decided January 31, 1922.)

APPEAL from a judgment, entered February 3, 1920, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict in an action, under the Federal Employers' Liability Act, to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer. The intestate, a brakeman and extra freight conductor, stepped from a wrecking train

on which he was riding and crossed to the middle of the adjoining track and while signaling the engineer was struck by a locomotive approaching from his rear and killed. The Appellate Division held that he was guilty of contributory negligence.

*Fred A. Robbins, Warren J. Cheney* and *James T. Foody* for appellant.

*Paul Folger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.